| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) _____ Chapter __11__ |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy           04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Bean Brothers Hardware & Supply, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  88-1702815

4. **Debtor's address**

   **Principal place of business**
   969 Reepsville Road
   Lincolnton, NC 28092
   Number, Street, City, State & ZIP Code

   Lincoln
   County

   **Mailing address, if different from principal place of business**
   1869 Cline Farm Road
   Lincolnton, NC 28092
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**  beanbrothershardware.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  __Bean Brothers Hardware & Supply, LLC__   Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply:*
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  Bean Brothers Hardware & Supply, LLC   Case number (*if known*) _____
　　　　*Name*

**11. Why is the case filed in this district?**  *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?**  _____
  　　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency _____
  　　　　　　Contact name _____
  　　　　　　Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ☒ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☒ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☒ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   Bean Brothers Hardware & Supply, LLC                          Case number (*if known*)
         Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X  /s/   Nathan Bean    *Nathan Bean* (signature)         Nathan Bean
   Signature of authorized representative of debtor        Printed name

Title    Member

**18. Signature of attorney**

X  /s/ John C. Woodman                                    Date _____
   Signature of attorney for debtor                            MM / DD / YYYY

John C. Woodman
Printed name

ESSEX RICHARDS PA
Firm name

1701 South Boulevard
Charlotte, NC 28203
Number, Street, City, State & ZIP Code

Contact phone  (704) -37-7-43x00    Email address  jwoodman@essexrichards.com

42365 NC
Bar number and State

## COMPANY RESOLUTION

I, the undersigned, being the officer BEAN BROTHERS HARDWARE & SUPPLY, LLC a North Carolina limited liability company (the "Company"), having a registered office at 1869 Cline Farm Rd., Lincolnton, NC 28092 do hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting the Company:

RESOLVED, that the filing by the Company of a petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

FURTHER RESOLVED, that the officer of the Company is authorized, empowered, and directed to execute on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, forms, schedules, application or any other pleadings or documents which are necessary or appropriate, including debtor-in-possession financing arrangements; and it is

FURTHER RESOLVED, that the retention on behalf of the Company of the law firm of Essex Richards, P.A., upon such terms and conditions as the Officer of the Company shall approve, to render legal services to, and to represent the Company in connection with such chapter 11 proceedings and other related matters in connection therewith, is authorized and approved; and it is

FURTHER RESOLVED, that any of the Officer of the Company are each severally authorized to retain on behalf of the Company such other professionals as the Officer of the Company deem necessary or appropriate, upon such terms and conditions as the Officer of the Company shall approve, to render services to the Company in connection with such chapter 11 proceedings and with respect to other related matters in connection therewith; and it is

FURTHER RESOLVED, that any of the Officer of the Company are authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to bankruptcy court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by the Officer of the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

Dated: Charlotte, North Carolina
    September 4, 2025

BEAN BROTHERS HARDWARE & SUPPLY, LLC

By: *[signature: Nathan Bean]*

Print Name: Nathan Bean
Its: Manager

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| BEAN BROTHERS HARDWARE & SUPPLY, LLC ) | | Case No. 25- |
| ) | | Chapter 11 |
| ) | | |
| ) | | |
| Debtor.                                ) | | |
| ) | | |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned for **BEAN BROTHERS HARDWARE & SUPPLY, LLC** in the above captioned action, certifies that the following is a limited liability company, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

Nathan Bean – 100%

Date: September 4, 2025
Charlotte, NC

**ESSEX RICHARDS, P.A.**

*/s/ John C. Woodman*
John C. Woodman (NC Bar No. 42365)
1701 South Boulevard
Charlotte, North Carolina 28203
Tel: (704) 377-4300
Fax: (704) 372-1357
E-mail: jwoodman@essexrichards.com
*Counsel for the Debtor*

**BEAN BROTHERS HARDWARE & SUPPLY, LLC**

By: _____/s/ Nathan Bean_____

Print Name: Nathan Bean
Its: Manager

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| **BEAN BROTHERS HARDWARE & SUPPLY, LLC** | ) | Case No. 25- |
| | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |
| _____ | ) | |

## LIST OF EQUITY SECURITY HOLDERS

Below is a list of the Debtor's equity security holders which is prepared in accordance with Bankruptcy Rule 1007(a)(3) for filing in this Chapter 11 case:

Nathan Bean – 100%

Date: September 4, 2025
Charlotte, NC

**ESSEX RICHARDS, P.A.**

*/s/ John C. Woodman*
John C. Woodman (NC Bar No. 42365)
1701 South Boulevard
Charlotte, North Carolina 28203
Tel: (704) 377-4300
Fax: (704) 372-1357
E-mail: jwoodman@essexrichards.com
*Counsel for the Debtor*

**BEAN BROTHERS HARDWARE & SUPPLY, LLC**

By: _____

Print Name: Nathan Bean
Its: Manager

# United States Bankruptcy Court
## Western District of North Carolina

In re: Bean Brothers Hardware & Supply, LLC
Debtor(s)

Case No. _____
Chapter 7

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: _____

/s/ Nathan Bean
Nathan Bean/Member
Signer/Title

1869 Cline Farm Road
Lincolnton, NC 28092


Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346


U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


U.S. Attorney's Office
Western District of North Carolina
227 West Trade Street Suite 1650
Charlotte, NC 28202


John C. Woodman
1701 South Blvd.
Charlotte, NC 28203


N.C. Depart of Revenue/Bankruptcy Unit
P O Box 1168
Raleigh, NC 27602-1168


City-County Tax Collector
P O Box 31637
Charlotte, NC 28231


American Auto Parts / NAPA
2500 Peachtree Street NW
Atlanta, GA 30305


Arrowhead Engineering Products
3705 95th Ave., NE
Circle Pines, MN 55014


Bartlett Milling
4900 Main Street, Ste. 1200
Kansas City, MO 64112


Bean Brothers Hardware & Supply, LLC
969 Reepsville Road
Lincolnton, NC 28092


Bean Brothers Landscaping, LLC
969 Reepsville Rd.
Lincolnton, NC 28092


BioGuard
15922 Eldorado Pkwy., Ste. 500-848
Frisco, TX 75035


Blanton Farms
1580 Andy Logan Rd.
Lincolnton, NC 28092

Blossman Gas
P.O. Box 1110
Ocean Springs, MS 39566

Bonnie Plants
2801 Interstate Dr.
Opelika, AL 36801

Breeze Advance
478 Albany Avenue, Ste. 17
Brooklyn, NY 11203

Breeze Capital
301 SW 1st Avenue
Fort Lauderdale, FL 33301

Briggs & Stratton / Power Distributors
12301 West Wirth Street
Wauwatosa, WI 53222

Builders Supply
501 S. French St.
Lancaster, SC 29720

Carolina Farm Credit
2919 Breezewood Ave.
Suite 400
Fayetteville, NC 28303

Centra Funding
1400 Preston Rd., Ste. 115
Plano, TX 75093

Centra Funding
1400 PrestonRd., Ste. 115
Plano, TX 75093

Chandler Concrete
1006 S. Church St.
Burlington, NC 27215

Clines Nursery
1901 Fallston Road
Shelby, NC 28150

Coca Cola
1 Coca Cola Plz NW
30313

CPC Carolina Distributing, LLC
P.O. Box 680013
Charlotte, NC

CPC Carolina Distributing, LLC
680 Edgefield Rd.
Cowpens, SC 29330-9519

Do It Best
1626 Broadway, Suite 100
Fort Wayne, IN 46802


Do It Best -Loan
1627 Broadway, Ste. 100
Fort Wayne, IN 46802


Earth Farms / Wind River
577 Main Street, Ste. 110
Hudson, MA 01749


East Coast Tire
251 9th St. Ln. SE
Hickory, NC 28602


Evergreen Enterprises
5915 Midlothian Turnpike
Richmond, VA 23225


Ferrel Gas
1 Liberty Plz
Liberty, MO 64068


Fidelity
100 South Main St.
Fuquay Varina, NC 27526


Fidelity
100 S. Main Street
Fuquay Varina, NC 27526


Fidelity Bank
100 South Main St.
Fuquay Varina, NC 27526


Gardner, Inc.
3641 Interchange Rd.
Columbus, OH 43204


Garick
8400 Sweet Valley Dr., Ste. 408
Cleveland, OH 44125


Green Resources
5204 Highgreen Court
Colfax, NC 27235


Howards
1500 Continental Blvd., C
Charlotte, NC 28273


Hungtington
41 South High Street
Columbus, OH 43287

```
J&J Pine Needles
138 Fairhill Rd.
Heath Springs, SC 29058


Jerry Barnes
2217 Startown Rd.
Lincolnton, NC 28092


Jerry Barnes
2217 Startown Road
Lincolnton, NC 28092


Kawisaki
P.O. Box 25252
Santa Ana, CA 92799


KTC Broadcasting
P.O. Box 415
Cherryville, NC 28021


Lincoln County Tax Collector
100 E. Main St., #3
Lincolnton, NC 28092


Lockin'
24 Interchange Dr.
West Lebanon, NH 03784


Mantis


Mark Wilson
1366 John Cline Rd.
Lincolnton, NC 28092


Mid State Tire Distributors
721 Vine
Columbia, SC 29201


Milwaukee
13135 W. Lisbon Rd.
Brookfield, WI 53005


MSI
550 York Road
Blacksburg, SC 29702


Navitas Credit
203 Fort Wade Road, Ste. 300
Ponte Vedra Beach, FL 32081


NC Department of Revenue / Bankruptcy Un
P.O. Box 1168
Raleigh, NC 27602-1168
```

Pathaway Funding
201 Venture Circle
Nashville, TN 37228


Pool Corp
109 Northpark Blvd.
Covington, LA 70433


Power Distrub
3700 Paragon Dr.
Columbus, OH 43228


Power Tool Company
1709 Lamons Lane
37606


Rainey Battery
1685 Connelly Springs Road
Lenoir, NC 28645


Rhino Ag
1020 S. Sangamon Ave.
Gibson City, IL 60936


Rocket Capital


Rotary Corp
801 w. Barnard St.
Glennville, GA 30427


Site Concepts
P.O. Box 510057
Melbourne Beach, FL 32951


SiteOne
300 Colonial Center Parkway
Suite 600
Roswell, GA 30076


Stens
1919 Hospitality Dr.
Jasper, IN 47546


Tri County Farm Supply, Inc.
4301 Old Lincolnton Rd.
Crouse, NC 28033


Uline
12575 Uline Dr.
Pleasant Prairie, WI 53158


Wallace Farms
14410 Eastfield Rd.
Huntersville, NC 28078

```
Wallace Hardware
5050 S. Davy Crockett Pky.
Morristown, TN 37813


Wells Fargo
5595 Trillium Blvd.
4th Floor
Hoffman Estates, IL 60192
```