**Fill in this information to identify the case:**

Debtor name   Bean Brothers Hardware & Supply, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   25-40202

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☒ Schedule H: Codebtors (Official Form 206H)
☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10-3-25            X /s/   Nathan Bean         /s/ Nathan Bean
                                 Signature of individual signing on behalf of debtor

                                 Nathan Bean            Nathan Bean
                                 Printed name

                                 Member
                                 Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   Bean Brothers Hardware & Supply, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   25-40202

☐ Check if this is an
    amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................   $ _____59,334.00_

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................   $ _____735,444.83_

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................   $ _____794,778.83_

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ ____2,118,758.93_

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................   $ _____125,000.00_

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$ ____1,564,194.29_

4. **Total liabilities** ....................................................................................
   Lines 2 + 3a + 3b

   $ ____3,807,953.22_

**Fill in this information to identify the case:**

Debtor name    Bean Brothers Hardware & Supply, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    25-40202

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2.      **Cash on hand**                                                                                                    $700.88

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  First Federal | Checking | 1205 | $16,707.54 |
| 3.2.  Truist Bank | Checking | 7921 | $0.00 |
| 3.3.  Truist Bank | Savings | 7948 | $0.00 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                                                                $17,408.42

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   Bean Brothers Hardware & Supply, LLC                    Case number *(If known)* 25-40202
         Name

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

**11.**   **Accounts receivable**

11a. 90 days old or less:          13,554.32   -          861.76   = ....          $12,692.56
                          face amount          doubtful or uncollectible accounts
                          Accounts Receivable - SEE ATTACHMENT

11b. Over 90 days old:          47,970.54   -          8,534.72   =....          $39,435.82
                          face amount          doubtful or uncollectible accounts
                          Accounts Receivable - SEE ATTACHMENT

**12.**   **Total of Part 3.**                                         | $52,128.38 |
          Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** SEE ATTCHMENT | | $606,373.38 | Cost | $606,373.38 |

**23.**   **Total of Part 5.**                                         | $606,373.38 |
          Add lines 19 through 22.   Copy the total to line 84.

**24.**   **Is any of the property listed in Part 5 perishable?**
          ☐ No
          ☒ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
          ☒ No
          ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
          ☒ No
          ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor    Bean Brothers Hardware & Supply, LLC _____    Case number *(if known)* 25-40202
         Name

☐ No.  Go to Part 7.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.**  **Crops–either planted or harvested** | | | |
| **29.**  **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| **30.**  **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| Farm equipment: Auger, wheel barrel, spreader | $170.00 | Liquidation | $170.00 |
| **31.**  **Farm and fishing supplies, chemicals, and feed** | | | |
| Fishing supplies; farm feed | $1,330.48 | Cost | $1,330.48 |
| **32.**  **Other farming and fishing-related property not already listed in Part 6** | | | |

**33.**  **Total of Part 6.**

Add lines 28 through 32.   Copy the total to line 85.

| | $1,500.48 |
|---|---|

**34.**  **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
            ☐ No
            ☐ Yes

**35.**  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**36.**  **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37.**  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**  **Office furniture** | | | |
| 4 desks, 5 chairs, 1 cabinet | $310.00 | Liquidation | $310.00 |
| **40.**  **Office fixtures** | | | |
| **41.**  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 6 computers; server; server cabinet; radio; 6 phones; 2 printers; surveillance cameras; monitor screen; | $1,140.00 | Liquidation | $1,140.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Bean Brothers Hardware & Supply, LLC _____    Case number *(if known)*  25-40202
_____Name_____

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.   Copy the total to line 86.    | $1,450.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2009 GMC 7500 dump truck with 67,501<br>mileage (Vin - 8246) | $15,000.00 | Debtor Estimate | $15,000.00 |
| 47.2.  2019 Ram 5500 dump truck; 69,900<br>mileage (Vin -7539) | $19,500.00 | Debtor Estimate | $19,500.00 |
| 47.3.  5x10 utility trailer (Vin -4561) | $500.00 | Debtor Estimate | $500.00 |
| 47.4.  2023 24' Big Tex Tilt Trailer (Vin - 0013) | $2,000.00 | Debtor Estimate | $2,000.00 |
| 47.5.  2023 6X12 Big Tex Dump Trailer (Vin<br>-0533) | $2,000.00 | Debtor Estimate | $2,000.00 |
| 47.6.  2023 7X14 Big Tex Dump Trailer (Vin<br>-1209) | $2,000.00 | Debtor Estimate | $2,000.00 |
| 47.7.  Drain Auger; Electric Wheel Barrell; Push<br>Spreader; Wheel Barrell | $170.00 | Debtor Estimate | $170.00 |
| 47.8.  2009 Chevy Truck 1500 with 219,587<br>mileage (Vin-9828) | $2,000.00 | Debtor Estimate | $2,000.00 |
| 47.9.  1997 Western Star TriAxle Dump Truck<br>(Viin -3885) (totaled vehicle) | $0.00 | | $0.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Bean Brothers Hardware & Supply, LLC | | Case number *(If known)* 25-40202 | |
|---|---|---|---|---|
| | Name | | | |

| 47.10. | 2017 Bobcat Skid Steer t595 (Vin 2458) | $5,000.00 | Debtor Estimate | $5,000.00 |
|---|---|---|---|---|
| 47.11. | 2016 Bobcat Mini Xe42 (Vin -2815) | $5,000.00 | Debtor Estimate | $5,000.00 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 32 Green House Racks | $960.00 | Debtor Estimate | $960.00 |
|---|---|---|---|
| 96 shelving frames;   300 shelves;   20 pallet racks;   10 displays;   1 fence;   30 concrete blocks;   3 carports; 1 greenhouse shade;   1 Greenhouse | Unknown | | Unknown |

**51.** **Total of Part 8.**

Add lines 47 through 50.    Copy the total to line 87.

| $54,130.00 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   Side lot parcel #00512 at 969 Reepsville Road, Lincolnton, NC; tax value $59,334 | Fee simple | $59,334.00 | Tax Value | $59,334.00 |

Debtor    Bean Brothers Hardware & Supply, LLC                          Case number (If known)  25-40202
          Name

| | 55.2. | Lease 969 Reepsville Road, Lincolnton, NC from Bean Brothers Real Estate (hardware building) | Leased property | $0.00 | | Unknown |
|---|---|---|---|---|---|---|

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $59,334.00 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:**  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** Beanbrothershardware.com | $1.00 | | $1.00 |
| **62.** **Licenses, franchises, and royalties** Agriculture seed license; Propane/LP license; Agriculture Greenhouse/Nursery license | $1.00 | | $1.00 |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $2.00 |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☒ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:**  All other assets

Debtor  __Bean Brothers Hardware & Supply, LLC__    Case number _(if known)_ _25-40202_
      Name

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

|  | | **Current value of debtor's interest** |
|---|---|---|
| **71.** | **Notes receivable** Description (include name of obligor) | |
| **72.** | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| **73.** | **Interests in insurance policies or annuities** Life insurance with Trans America on Nathan Bean; SBA is the beneficiary of the policy (50/50 Term/Universal) | $2,452.17 |
| **74.** | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.** | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |

| Pathaway Funding | | Unknown |
|---|---|---|
| **Nature of claim** | Improper Contract/MCA | |
| **Amount requested** | $0.00 | |

| Breeze Advance | | Unknown |
|---|---|---|
| **Nature of claim** | Improper Contract/MCA | |
| **Amount requested** | $0.00 | |

| Mantis Funding | | Unknown |
|---|---|---|
| **Nature of claim** | Improper Contract/MCA | |
| **Amount requested** | $0.00 | |

| Rocket Capital | | Unknown |
|---|---|---|
| **Nature of claim** | Improper Contract/MCA | |
| **Amount requested** | $0.00 | |

| Finvest Capital | | Unknown |
|---|---|---|
| **Nature of claim** | Improper Contract/MCA | |
| **Amount requested** | $0.00 | |

| Do It Best | | Unknown |
|---|---|---|
| **Nature of claim** | Breach of Service Agreement | |
| **Amount requested** | $0.00 | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor   Bean Brothers Hardware & Supply, LLC _____   Case number *(If known)* 25-40202 _____
          Name

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.   **Total of Part 11.**                                                                    | $2,452.17 |

       Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

| Debtor | Bean Brothers Hardware & Supply, LLC | Case number (If known) 25-40202 |
|---|---|---|
| | Name | |

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $17,408.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $52,128.38 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $606,373.38 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $1,500.48 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,450.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $54,130.00 | |
| 88. **Real property.** *Copy line 56, Part 9*............................................................> | | $59,334.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,452.17 | |
| 91. **Total.** Add lines 80 through 90 for each column | $735,444.83 | + 91b. $59,334.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $794,778.83 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

### Hardware - Schedule A/B, #11

| Part 3 # | Accounts Receivable | Face amount as of 9/5/25 | Doubtful (-) |
|---|---|---|---|
| | | BBH - 861.76 | |
| | | BBL - 11,830.80 | BBH - 861.76 |
| 11a | 90 days or less | **Total: 12692.56** | **Total: 861.76** |
| | | BBH - 8,078.79 | |
| | | BBL - 17,123.57 | |
| | | BBL City of Hickory - 11975.44 | |
| | | BBRE - 643.76 | |
| | | Kristen Bean - 745.85 | |
| | | Nathan Bean - 29.42 | |
| | | Carolina Rag - 432.25 | |
| | | Kent Franklin - 21.34 | BBH 8,078.79 |
| | | Dawn Sams - 2.34 | Carolina Rag - 432.25 |
| | | Melissa Venable - 150.28 | kent Franklin - 21.34 |
| | | Scott Venable - 232.78 | Dawn Sams - 2.34 |
| 11b | Over 90 days | **Total: 39435.82** | **Total: 8534.72** |

| Inventory dept breakdown | | |
|---|---|---|
| 22 | Misc | 86,986.95 |
| | Shop | 162.81 |
| | Pool | 52163.24 |
| | Yard | 5889.95 |
| | Yard | 651.45 |
| | Greenhouse | 66.4 |
| | Yard | 487.17 |
| | Yard | 2981.25 |
| | Yard | 942.86 |
| | Plumbing | 83.82 |
| | Yard | 12472.3 |
| | Yard | 135 |
| | Drinks | 0 |
| | Clay | 0 |
| | Plumbing | 9856.15 |
| | Misc do it best misc | 261265.36 |
| | decor | 4044.02 |
| | yard | 155.32 |
| | plumbing | 4935.63 |
| | feed | 567.5 |
| | yard | 3834.29 |
| | gh | 300 |
| | yard | 14.68 |
| | paint | 8669.27 |
| | yard | 1358.04 |
| | Fastener | 4587.47 |

1

| | | |
|---|---|---:|
| | Fertilizer | 17,930.67 |
| | Husqvarna forest | 386.87 |
| | Husqvarna outddoors | 19268.89 |
| | Interstate batteries | 704.13 |
| | kawasaki | 4571 |
| | kim dzeskewicz | 10 |
| | kimball | 114 |
| | lisk | 1038.87 |
| | Livingston | 216.88 |
| | Lock n lube | 1156 |
| | lupine | 145.25 |
| | milwaukee | 14,650.66 |
| | yard | 684.9 |
| | yard | 6775.84 |
| | power tool co | 857.81 |
| | preferrred value | 43.56 |
| | rock ridge | 532.o0 |
| | rotary | 382.02 |
| | scag | 60,014.00 |
| | south central pool | 14322.06 |
| | southern importers | 489.04 |
| | | 606,373.38 |

**Fill in this information to identify the case:**

Debtor name   Bean Brothers Hardware & Supply, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   25-40202

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1** Ally<br>Creditor's Name<br><br>P.O. Box 380901<br>Minneapolis, MN 55438<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>2019 Ram 5500 dump truck; 69,900 mileage (Vin -7539)<br><br><br>Describe the lien<br>ADDED October 2025<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $59,421.22 | $19,500.00 |
| **2.2** Breeze Advance<br>Creditor's Name<br><br>478 Albany Avenue, Ste. 17<br>Brooklyn, NY 11203<br>Creditor's mailing address<br><br>office@breezeadvance.com<br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br><br><br>Describe the lien<br>UCC believed<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $48,000.00 | $0.00 |

Debtor  __Bean Brothers Hardware & Supply, LLC__          Case number (if known)  __25-40202__
            Name

---

| 2.3 | Centra Funding | | | $40,453.00 | $6,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
2023 24' Big Tex Tilt Trailer (Vin -0013); 2023
6X12 Big Tex Dump Trailer (Vin -0533); 2023
7X14 Big Tex Dump Trailer (Vin -1209)

1400 Preston Rd., Ste. 115
Plano, TX 75093
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☒ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.4 | Centra Funding, LLC | | | $3,240.68 | $0.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
1997 Western Star TriAxle Dump Truck (Viin
-3885) (totaled vehicle)

1400 Preston Road, Ste. 115
Plano, TX 75093
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.5 | Fidelity Bank | | | $1,420,000.00 | $17,500.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
2009 GMC 7500 dump truck with 67,501 mileage
(Vin - 8246); 5x10 utility trailer (Vin -4561); 2009
Chevy Truck 1500 with 219,587 mileage
(Vin-9828)

100 South Main St.
Fuquay Varina, NC 27526
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 7

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor  __Bean Brothers Hardware & Supply, LLC_____     Case number (if known) ___25-40202_____
        Name

including this creditor and its relative       ☒ Unliquidated
priority.                                       ☒ Disputed

_____

---

| 2.6 | Huntington | Describe debtor's property that is subject to a lien | $16,500.00 | $0.00 |

Creditor's Name

41 South High Street
Columbus, OH 43287
Creditor's mailing address

**Describe the lien**
Floor Plan

catesha.homolka@huntingto
n.com
Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.7 | J Barr Holding | Describe debtor's property that is subject to a lien | $151,456.98 | $59,334.00 |

Creditor's Name

Side lot parcel #00512 at 969 Reepsville Road,
Lincolnton, NC; tax value $59,334

2217 Startown Road
Lincolnton, NC 28092
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.8 | Mantis Funding | Describe debtor's property that is subject to a lien | $72,500.00 | $0.00 |

Creditor's Name

2700 N. Military Trl, #450
Boca Raton, FL 33431
Creditor's mailing address

**Describe the lien**
UCC believed

**Is the creditor an insider or related party?**
☒ No
☐ Yes

c.roach@mantisfunding.com
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 7

Debtor **Bean Brothers Hardware & Supply, LLC**
     Name

Case number (if known)    25-40202

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☒ No | ☒ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Unliquidated |
| | ☒ Disputed |

---

| | | | |
|---|---|---|---|
| **2.9** Navitas Credit | **Describe debtor's property that is subject to a lien** | $24,801.28 | $5,000.00 |
| Creditor's Name | 2017 Bobcat Skid Steer t595 (Vin 2458) | | |
| 203 Fort Wade Road, Ste. 300 | | | |
| Ponte Vedra Beach, FL 32081 | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | | | |
| Creditor's email address, if known | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☒ Contingent ☒ Unliquidated ☒ Disputed | | |

---

| | | | |
|---|---|---|---|
| **2.10** Pathaway Funding | **Describe debtor's property that is subject to a lien** | $6,798.00 | $0.00 |
| Creditor's Name | | | |
| 201 Venture Circle | | | |
| Nashville, TN 37228 | | | |
| Creditor's mailing address | **Describe the lien** UCC believed | | |
| | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☒ Contingent ☒ Unliquidated ☒ Disputed | | |

---

| | | | |
|---|---|---|---|
| **2.11** Pathaway Funding | **Describe debtor's property that is subject to a lien** | $8,344.00 | $0.00 |
| Creditor's Name | | | |
| 201 Venture Circle | | | |
| Nashville, TN 37228 | | | |
| Creditor's mailing address | **Describe the lien** UCC believed | | |
| | **Is the creditor an insider or related party?** ☒ No | | |

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 4 of 7

Debtor **Bean Brothers Hardware & Supply, LLC**
　　　　Name

Case number (if known)  25-40202

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.1 2 | **Pathaway Funding** | Describe debtor's property that is subject to a lien | $6,567.33 | $0.00 |
|---|---|---|---|---|

Creditor's Name

201 Venture Circle
Nashville, TN 37228
Creditor's mailing address

**Describe the lien**
UCC believed
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.1 3 | **Pathaway Funding** | Describe debtor's property that is subject to a lien | $47,430.99 | $0.00 |
|---|---|---|---|---|

Creditor's Name

201 Venture Circle
Nashville, TN 37228
Creditor's mailing address

**Describe the lien**
UCC believed
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.1 4 | **Pawnee Leasing Corporation** | Describe debtor's property that is subject to a lien | $3,989.83 | $170.00 |
|---|---|---|---|---|

Creditor's Name

Drain Auger; Electric Wheel Barrell; Push Spreader; Wheel Barrell

3801 Automation Way, Ste.

---

Official Form 206D　　Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**　　page 5 of 7

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   Bean Brothers Hardware & Supply, LLC                          Case number (if known)   25-40202
         Name

207
Fort Collins, CO 80525
Creditor's mailing address

**Describe the lien**
ADDED 10.3.2025
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.1 5 | Pawnee Leasing Corporation | Describe debtor's property that is subject to a lien | $31,344.40 | $5,000.00 |

Creditor's Name
3801 Automation Way, Ste. 207
Fort Collins, CO 80525
Creditor's mailing address

Describe debtor's property that is subject to a lien
2016 Bobcat Mini Xe42 (Vin -2815)

**Describe the lien**
ADDED 10.3.2025
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.1 6 | Pawnee Leasing Corporation | Describe debtor's property that is subject to a lien | $10,698.22 | $960.00 |

Creditor's Name
3801 Automation Way, Ste. 207
Fort Collins, CO 80525
Creditor's mailing address

Describe debtor's property that is subject to a lien
32 Green House Racks

**Describe the lien**
ADDED 10.3.2025
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                          page 6 of 7

Debtor   Bean Brothers Hardware & Supply, LLC        Case number (if known)    25-40202
      Name

| | | | |
|---|---|---|---|
| **2.17** Rocket Capital | Describe debtor's property that is subject to a lien | $79,000.00 | $0.00 |
| Creditor's Name | | | |

805 Las Cimas Pkwy, Ste. 350
Austin, TX 78746
Creditor's mailing address

**Describe the lien**
UCC believed

info@rocketcapllc.com
Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| | | | |
|---|---|---|---|
| **2.18** Wells Fargo | Describe debtor's property that is subject to a lien | $88,213.00 | $0.00 |
| Creditor's Name | | | |

5595 Trillium Blvd.
4th Floor
Hoffman Estates, IL 60192
Creditor's mailing address

**Describe the lien**
Floor Plan

christopher.e.cosman@wellsfargo.com
Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $2,118,758.93 |
|---|

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Breeze Capital 301 SW 1st Avenue Fort Lauderdale, FL 33301 | Line _2.2_ | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name      Bean Brothers Hardware & Supply, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    25-40202

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
|  | Internal Revenue Service | ☐ Contingent |  |  |
|  | P O Box 7346 | ☐ Unliquidated |  |  |
|  | Philadelphia, PA 19101-7346 | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: Notice Purposes |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No ☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
|  | Lincoln County Tax Collector | ☐ Contingent |  |  |
|  | P.O. Box 938 | ☐ Unliquidated |  |  |
|  | Lincolnton, NC 28093 | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: Notice Purposes |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No ☐ Yes |  |  |

---

| Debtor | Bean Brothers Hardware & Supply, LLC | Case number (if known) | 25-40202 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>NC Department of Revenue /<br>Bankruptcy Un<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $125,000.00 | $125,000.00 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
NC Sales Tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No

☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>American Auto Parts / NAPA<br>2500 Peachtree Street NW<br>Atlanta, GA 30305 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24.99 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address<br>Arrowhead Engineering Products<br>3705 95th Ave., NE<br>Circle Pines, MN 55014 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,767.07 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address<br>Bartlett Milling<br>4900 Main Street, Ste. 1200<br>Kansas City, MO 64112 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $1,727.31 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address<br>Bean Brothers Landscaping, LLC<br>969 Reepsville Rd.<br>Lincolnton, NC 28092 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $187,000.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address<br>BioGuard<br>15922 Eldorado Pkwy., Ste. 500-848<br>Frisco, TX 75035 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $135,000.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Debtor **Bean Brothers Hardware & Supply, LLC**                    Case number *(if known)* __25-40202__
_____
Name

| | | |
|---|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address**<br>Blanton Farms<br>1580 Andy Logan Rd.<br>Lincolnton, NC 28092 | $2,619.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.7** | **Nonpriority creditor's name and mailing address**<br>Blossman Gas<br>P.O. Box 1110<br>Ocean Springs, MS 39566 | $1,615.95 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.8** | **Nonpriority creditor's name and mailing address**<br>Bonnie Plants<br>2801 Interstate Dr.<br>Opelika, AL 36801 | $3,167.12 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.9** | **Nonpriority creditor's name and mailing address**<br>Briggs & Stratton / Power Distributors<br>12301 West Wirth Street<br>Wauwatosa, WI 53222 | $1,747.53 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.10** | **Nonpriority creditor's name and mailing address**<br>Builders Supply<br>501 S. French St.<br>Lancaster, SC 29720 | $6,786.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.11** | **Nonpriority creditor's name and mailing address**<br>Carolina Farm Credit<br>2919 Breezewood Ave.<br>Suite 400<br>Fayetteville, NC 28303 | $24,876.33 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.12** | **Nonpriority creditor's name and mailing address**<br>Centra Funding<br>1400 Preston Rd., Ste. 115<br>Plano, TX 75093 | $0.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Bean Brothers Hardware & Supply, LLC**
Name

Case number (if known) **25-40202**

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Chandler Concrete<br>1006 S. Church St.<br>Burlington, NC 27215<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$13,876.00** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Clines Nursery<br>1901 Fallston Road<br>Shelby, NC 28150<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$4,360.00** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Coca Cola<br>1 Coca Cola Plz NW<br>Atlanta, GA 30313<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$374.88** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>CPC Carolina Distributing, LLC<br>P.O. Box 680013<br>Charlotte, NC<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$3,947.62** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Cucumber Capital, LLC<br>c/o Neubert Pepe & Monteith, PC<br>72 Ruane St, 1st Floor<br>Fairfield, CT 06824<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** ADDED 10.3.2025 - NOTICE PURPOSES<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **Unknown** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Do It Best<br>1626  Broadway, Suite 100<br>Fort Wayne, IN 46802<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$112,596.09** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Do It Best -Loan<br>1627 Broadway, Ste. 100<br>Fort Wayne, IN 46802<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$100,626.21** |

| Debtor | Bean Brothers Hardware & Supply, LLC | Case number (if known) | 25-40202 |
|---|---|---|---|
| | Name | | |

---

**3.20** | **Nonpriority creditor's name and mailing address**
Earth Farms / Wind River
577 Main Street, Ste. 110
Hudson, MA 01749

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$5,368.62

---

**3.21** | **Nonpriority creditor's name and mailing address**
East Coast Tire
251 9th St. Ln. SE
Hickory, NC 28602

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$253.97

---

**3.22** | **Nonpriority creditor's name and mailing address**
Evergreen Enterprises
5915 Midlothian Turnpike
Richmond, VA 23225

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$414.86

---

**3.23** | **Nonpriority creditor's name and mailing address**
Ferrel Gas
1 Liberty Plz
Liberty, MO 64068

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$8,924.00

---

**3.24** | **Nonpriority creditor's name and mailing address**
Finvest Capital
c/o Ershowsky Verstandig, PLLC
290 Central Avenue, Ste. 109
Lawrence, NY 11559

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ADDED October 2025   -- Notice Purposes Only

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.25** | **Nonpriority creditor's name and mailing address**
Gardner, Inc.
3641 Interchange Rd.
Columbus, OH 43204

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$9,543.00

---

**3.26** | **Nonpriority creditor's name and mailing address**
Garick
8400 Sweet Valley Dr., Ste. 408
Cleveland, OH 44125

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$7,790.50

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Bean Brothers Hardware & Supply, LLC | Case number (if known) | 25-40202 |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,788.00 |
|---|---|---|---|

**3.27** **Nonpriority creditor's name and mailing address**
Green Resources
5204 Highgreen Court
Colfax, NC 27235

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  $4,788.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.28** **Nonpriority creditor's name and mailing address**
Howards
1500 Continental Blvd., C
Charlotte, NC 28273

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  $83,008.74
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.29** **Nonpriority creditor's name and mailing address**
J&J Pine Needles
138 Fairhill Rd.
Heath Springs, SC 29058

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  $5,725.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.30** **Nonpriority creditor's name and mailing address**
Jerry Barnes
2217 Startown Rd.
Lincolnton, NC 28092

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  $60,000.00
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Loan

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.31** **Nonpriority creditor's name and mailing address**
Jerry Barnes
2217 Startown Rd.
Lincolnton, NC 28092

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  $220,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.32** **Nonpriority creditor's name and mailing address**
Jerry Barnes
2217 Startown Rd.
Lincolnton, NC 28092

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  $90,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.33** **Nonpriority creditor's name and mailing address**
Jerry Barnes
2217 Startown Road
Lincolnton, NC 28092

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  $180,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Bean Brothers Hardware & Supply, LLC | Case number (if known) | 25-40202 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address**<br>Jerry Barnes<br>2217 Startown Rd.<br>Lincolnton, NC 28092 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Notice Purposes<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address**<br>Kawisaki<br>P.O. Box 25252<br>Santa Ana, CA 92799 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,799.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address**<br>KTC Broadcasting<br>P.O. Box 415<br>Cherryville, NC 28021 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,900.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address**<br>Lockin'<br>24 Interchange Dr.<br>West Lebanon, NH 03784 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,850.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address**<br>Mark Wilson<br>1366 John Cline Rd.<br>Lincolnton, NC 28092 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40,000.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Loan<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address**<br>Mark Wilson<br>1366 John Cline Rd.<br>Lincolnton, NC 28092 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,000.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Loan<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>Mid State Tire Distributors<br>721 Vine<br>Columbia, SC 29201 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,560.28 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Bean Brothers Hardware & Supply, LLC | Case number (if known) | 25-40202 |
|---|---|---|---|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,995.00 |
|---|---|---|---|

Milwaukee
13135 W. Lisbon Rd.
Brookfield, WI 53005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,898.00 |
|---|---|---|---|

MSI
550 York Road
Blacksburg, SC 29702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,500.00 |
|---|---|---|---|

Pool Corp
109 Northpark Blvd.
Covington, LA 70433

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,388.00 |
|---|---|---|---|

Power Distrub
3700 Paragon Dr.
Columbus, OH 43228

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,977.62 |
|---|---|---|---|

Power Tool Company
1709 Lamons Lane
Johnson City, TN 37606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,653.98 |
|---|---|---|---|

Rainey Battery
1685 Connelly Springs Road
Lenoir, NC 28645

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76,889.93 |
|---|---|---|---|

Rhino Ag
1020 S. Sangamon Ave.
Gibson City, IL 60936

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | Bean Brothers Hardware & Supply, LLC | Case number (if known) | 25-40202 |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,765.52 |
|---|---|---|---|

**3.48** Nonpriority creditor's name and mailing address
Rotary Corp
801 w. Barnard St.
Glennville, GA 30427

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

$2,765.52

---

**3.49** Nonpriority creditor's name and mailing address
Site Concepts
P.O. Box 510057
Melbourne Beach, FL 32951

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

$11,380.81

---

**3.50** Nonpriority creditor's name and mailing address
SiteOne
300 Colonial Center Parkway
Suite 600
Roswell, GA 30076

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

$11,789.00

---

**3.51** Nonpriority creditor's name and mailing address
Stens
1919 Hospitality Dr.
Jasper, IN 47546

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

$27,654.00

---

**3.52** Nonpriority creditor's name and mailing address
Tri County Farm Supply, Inc.
4301 Old Lincolnton Rd.
Crouse, NC 28033

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

$4,997.63

---

**3.53** Nonpriority creditor's name and mailing address
Uline
12575 Uline Dr.
Pleasant Prairie, WI 53158

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

$789.75

---

**3.54** Nonpriority creditor's name and mailing address
Wallace Farms
14410 Eastfield Rd.
Huntersville, NC 28078

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

$6,976.98

| Debtor | Bean Brothers Hardware & Supply, LLC | Case number (if known) | 25-40202 |
|---|---|---|---|
| | Name | | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

Wallace Hardware
5050 S. Davy Crockett Pky.
Morristown, TN 37813

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

**Is the claim subject to offset?** ☒ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | CPC Carolina Distributing, LLC
680 Edgefield Rd.
Cowpens, SC 29330-9519 | Line  3.16

☐ Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. $ | 125,000.00 |
| 5b. Total claims from Part 2 | | 5b. + $ | 1,564,194.29 |
| 5c. Total of Parts 1 and 2
Lines 5a + 5b = 5c. | | 5c. $ | 1,689,194.29 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Bean Brothers Hardware & Supply, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>WESTERN DISTRICT OF NORTH CAROLINA</td></tr>
<tr><td>Case number (if known)</td><td>25-40202</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Debtor leases 969 Reepsville Road, Lincolnton, NC from Bean Brothers Real Estates, LLC for $13,082/mo. (Hardware store) |
|------|------|------|
|  | State the term remaining | |
|  | List the contract number of any government contract | Bean Brothers Real Estate, LLC<br>989 Reepsville Road<br>Lincolnton, NC 28092 |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Power Equipment Floor Plan (Husqvarna) |
|------|------|------|
|  | State the term remaining | |
|  | List the contract number of any government contract | Huntington<br>41 South High Street<br>Columbus, OH 43287 |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Power Equipment Floor Plan (Scag and Dixie Chopper) |
|------|------|------|
|  | State the term remaining | |
|  | List the contract number of any government contract | Wells Fargo<br>5595 Trillium Blvd.<br>4th Floor<br>Hoffman Estates, IL 60192 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Bean Brothers Hardware & Supply, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    25-40202

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

Column 1: **Codebtor**      Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Do It Best | ☐ D ____<br>☒ E/F ___3.18___<br>☐ G ____ |
| 2.2 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Do It Best -Loan | ☐ D ____<br>☒ E/F ___3.19___<br>☐ G ____ |
| 2.3 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Pool Corp | ☐ D ____<br>☒ E/F ___3.43___<br>☐ G ____ |
| 2.4 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | BioGuard | ☐ D ____<br>☒ E/F ___3.5___<br>☐ G ____ |
| 2.5 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Howards | ☐ D ____<br>☒ E/F ___3.28___<br>☐ G ____ |
| 2.6 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Huntington | ☒ D ___2.6___<br>☐ E/F ____<br>☐ G ____ |

Debtor  Bean Brothers Hardware & Supply, LLC _____     Case number (if known)  25-40202 _____

▓▓ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.7 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Wells Fargo | ☒ D ___2.18___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Pathaway Funding | ☒ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Pathaway Funding | ☒ D ___2.11___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Pathaway Funding | ☒ D ___2.12___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Pathaway Funding | ☒ D ___2.13___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Fidelity Bank | ☒ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Navitas Credit | ☒ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.14 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Jerry Barnes | ☐ D _____<br>☒ E/F ___3.32___<br>☐ G _____ |
| 2.15 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Jerry Barnes | ☐ D _____<br>☒ E/F ___3.33___<br>☐ G _____ |
| 2.16 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Breeze Advance | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

Debtor    Bean Brothers Hardware & Supply, LLC _____      Case number *(if known)*   25-40202 _____

▓▓ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.   **Continue numbering the lines sequentially from the previous page.**
*Column 1:* **Codebtor**                                             *Column 2:* **Creditor**

| 2.17 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Mantis Funding | ☒ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.18 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Rocket Capital | ☒ D ___2.17___<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Ally | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Cucumber Capital, LLC | ☐ D _____<br>☒ E/F ___3.17___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   Bean Brothers Hardware & Supply, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   25-40202

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 01/01/2025 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $1,166,712.17 |
| For prior year: From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other _____ | $1,721,248.97 |
| For year before that: From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $2,639,774.45 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    Bean Brothers Hardware & Supply, LLC _____    Case number (if known) 25-40202 _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Debtor Investigating | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. SEE ATTACHMENT | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Debtor Investigating | | $0.00 | |
| 4.2. SEE ATTACHMENT | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor  Bean Brothers Hardware & Supply, LLC                    Case number *(if known)*  25-40202

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Cucumber Capital, LLC vs. Bean Brothers Hardware & Supply, LLC et. at; filed in Fairfield, CT CV24-6069229-S | Breach of Contract | | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Breeze Advance vs. Bean Brothers Hardware & Supply, LLC et.al | Breach of contract | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| 1996 Western Star dump truck | $9,000.00 | October 2023 | $35,000.00 |

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   Bean Brothers Hardware & Supply, LLC _____     Case number (if known)  25-40202 _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Essex Richards, P.A. 1701 South Boulevard Charlotte, NC 28203 | | September 2, 2025 | $5,000.00 |

**Email or website address**
jwoodman@essexrichards.com

**Who made the payment, if not debtor?**
Debtor

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

Debtor   Bean Brothers Hardware & Supply, LLC _____   Case number *(if known)*  25-40202 _____

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

    ☒ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Dennis Bean<br>1423 Freedom Mill Rd.<br>Gastonia, NC 28052 | | Old woodstove | $250.00 |
| James MacDonald<br>507 Bethany Road<br>Gastonia, NC 28054 | 969 Reepsville Rd.,<br>Lincolnton< NC | Gumball Machine | $300.00 |

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   Bean Brothers Hardware & Supply, LLC _____   Case number *(if known)* 25-40202 _____

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Kristen Bean<br>1869 Cline Farm Road<br>Lincolnton, NC 28092 | September 2023 to<br>present |
| 26a.2. | Scates & Sellers, CPA<br>2817 East Highway 27<br>Lincolnton, NC 28092 | September 2022 to<br>present |
| 26a.3. | United Bookkeeping<br>Attn: Emily Nieto<br>122 E. Dixon Blvd.<br>Shelby, NC 28152 | September 2023 to<br>present |
| 26a.4. | Nathan Bean<br>1869 Cline Farm Road<br>Lincolnton, NC 28092 | 2023 to Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor  Bean Brothers Hardware & Supply, LLC _____  Case number *(if known)* 25-40202 _____

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  Kristen Bean<br>1869 Cline Farm Road<br>Lincolnton, NC 28092 | September 2023 to present |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  United Bookkeeping<br>c/o Emily Nieto<br>2817 East Highway 27<br>Lincolnton, NC 28092 | September 2023 to present |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.  Scates & Sellers, CPA<br>2817 NC-27<br>Lincolnton, NC 28092 | 2022 to Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Kristen Bean<br>1869 Cline Farm Road<br>Lincolnton, NC 28092 | |
| 26c.2.  Scates & Sellers, CPA<br>c/o Donna Scates<br>2817 East Highway 27<br>Lincolnton, NC 28092 | |
| 26c.3.  Nathan Bean<br>1869 Cline Farm Road<br>Lincolnton, NC 28092 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name and address

26d.1.  Wells Fargo
5595 Trillium Blvd., 4th Floor
Hoffman Estates, IL 60192

26d.2.  Huntington
41 South High Street
Columbus, OH 43287

26d.3.  Do It Best
1626 Broadway, Ste. 100
Fort Wayne, IN 46802

26d.4.  Fidelity Bank
100 S. Main Street
Fuquay Varina, NC 27526

Debtor    Bean Brothers Hardware & Supply, LLC _____    Case number (if known) 25-40202

**Name and address**

26d.5.    Savannah Services Group
50 Running Ridge Rd.
Asheville, NC 28804

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. Inventory of Huntington floor plan | Monthly | |

Name and address of the person who has possession of inventory records
Huntington
41 South High Street
Columbus, OH 43287

| | | |
|---|---|---|
| 27.2. Inventory of Wells Fargo floor plan | Monthly | |

Name and address of the person who has possession of inventory records
Wells Fargo
5595 Trillium Blvd.
4th Floor
Hoffman Estates, IL 60192

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nathan Bean | 1869 Cline Farm Road Lincolnton, NC 28092 | Member/Owner | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

Debtor    Bean Brothers Hardware & Supply, LLC _____    Case number *(if known)*  25-40202 _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Debtor Investigating | | | |
| | Relationship to debtor | | | |
| 30.2. | SEE ATTACHMENT | | | |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent
                                                                 corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

Name of the pension fund                                          Employer Identification number of the pension
                                                                 fund

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10-3-5 _____

/s/  Nathan Bean  *[signature]* _____       Nathan Bean _____
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    Member _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

BBH SOFA Part 2 #3

| Date | DESCRIPTION | Payee | Categorize or match | SPENT | RECEIVED |
|---|---|---|---|---|---|
| 06/23/2025 | Account Maintenance Fee Truist Bank | | Bank Service Charge | $71.23 | |
| 07/21/2025 | Account Maintenance Fee Truist Bank | | Bank Service Charge | $15.22 | |
| 06/27/2025 | Ally Paymt | Ally | N/P National Credit Funding-GH Pawnee Leasi | $1,591.40 | |
| 07/29/2025 | Ally Paymt | Ally | N/P National Credit -Rental DIB Pawnee Leasir | $1,591.40 | |
| 07/15/2025 | Amazon | Amazon | Inventory:Shop | $103.02 | |
| 07/02/2025 | Amazon | Amazon | Inventory:Shop | $20.80 | |
| 07/02/2025 | Amazon | Amazon | Inventory:Shop | $17.80 | |
| 08/16/2025 | Amazon | Amazon | Inventory:Shop | $9.55 | |
| 08/16/2025 | Amazon | Amazon | Inventory:Shop | $10.49 | |
| 08/16/2025 | Amazon | Amazon | Inventory:Shop | $78.98 | |
| 06/16/2025 | Amazon | Amazon | Inventory:Shop | $12.50 | |
| 06/17/2025 | Amazon | Amazon | Inventory:Shop | $17.88 | |
| 08/16/2025 | Amazon | Amazon | Inventory:Shop | $15.99 | |
| 08/16/2025 | Amazon | Amazon | Inventory:Shop | $9.99 | |
| 06/09/2025 | Amazon | Amazon | Inventory:Shop | $21.99 | |
| 07/24/2025 | Amazon | Amazon | Inventory:Shop | $19.49 | |
| 06/20/2025 | Amazon | Amazon | Inventory:Shop | $116.24 | |
| 06/27/2025 | Amazon | Amazon | Inventory:Shop | $89.58 | |
| 06/25/2025 | Amazon | Amazon | Inventory:Shop | $18.95 | |
| 06/24/2025 | Amazon | Amazon | Inventory:Shop | $59.36 | |
| 06/24/2025 | Amazon | Amazon | Inventory:Shop | $12.79 | |
| 07/23/2025 | Amazon | Amazon | Inventory:Shop | $57.99 | |
| 07/23/2025 | Amazon | Amazon | Inventory:Shop | $29.69 | |

2

| Date | Description | Entity | Category | Amount |
|---|---|---|---|---|
| 08/06/2025 | Amazon Mktplace Pm | Amazon | Inventory/Shop | $20.80 |
| 06/27/2025 | Arcsite Arcsiteapp Mi | Arc Site | Loan Paid For BBL | |
| 07/28/2025 | Arcsite Arcsiteapp Mi | Arc Site | Loan Paid For BBL | $244.93 |
| 07/07/2025 | Autodraft Agsouth Bean | Carolina Farm Credit / AG South N/P Finvest | Loan Paid For BBL | $745.58 |
| 08/05/2025 | Autodraft Agsouth Bean | Carolina Farm Credit / AG South N/P Finvest | Loan Paid For BBL | $244.93 |
| 06/09/2025 | Bts Siteonelandsca Ga | Site One | A/P | $200.00 |
| 06/16/2025 | Bts Siteonelandsca Ga | Site One | A/P | $200.00 |
| 06/30/2025 | Bts Siteonelandsca Ga | Site One | A/P | $200.00 |
| 07/25/2025 | Bts Siteonelandsca Ga | Site One | A/P | $200.00 |
| 07/07/2025 | Bts Siteonelandsca Ga | Site One | A/P | $200.00 |
| 07/14/2025 | Bts Siteonelandsca Ga | Site One | A/P | $200.00 |
| 06/21/2025 | Bts Siteonelandsca Ga | Site One | A/P | $200.00 |
| 07/28/2025 | Bts Siteonelandsca Ga | Site One | A/P | |
| 06/12/2025 | Bus Online Ach | Truist Credit Card | Trusit CC #6570 Nathan | $53.11 |
| 06/25/2025 | Bus Online Ach | Truist Credit Card | Trusit CC #6570 Nathan | $385.00 |
| 06/16/2025 | Bus Online Ach | Truist Credit Card | Trusit CC #6570 Nathan | $385.00 |
| 06/18/2025 | Cash Conc Navitas | Navitas Credit Corp | N/P Navitas Credit 2017 Bobcat T595 | $982.94 |
| 07/17/2025 | Cayan Holdings L | Cayan LLC / TSYS | Bank Service Charge | $70.92 |
| 06/16/2025 | Cayan Holdings L | Cayan LLC / TSYS | Bank Service Charge | $61.16 |
| 06/16/2025 | Check 1825 | | Under Investigation | $2,258.00 |
| 06/27/2025 | Check 1826 | | Under Investigation | $1,200.00 |
| 07/03/2025 | Check 1827 | | Under Investigation | $3,245.50 |
| 06/27/2025 | Check 1828 | | Under Investigation | $203.47 |
| 06/20/2025 | Check 1829 | | Under Investigation | $437.32 |
| 06/27/2025 | Check 1830 | | Under Investigation | $491.73 |
| 06/27/2025 | Check 1831 | | Under Investigation | $276.58 |

| Date | Description | Memo | Category | Amount | Amount |
|---|---|---|---|---|---|
| 06/27/2025 | Check 1832 | Under Investigation | | $393.11 | |
| 06/30/2025 | Check 1833 | Under Investigation | | $653.32 | |
| 07/24/2025 | Check 1834 | Under Investigation | | $1,000.60 | |
| 06/30/2025 | Check 1835 | Under Investigation | | | $1,000.60 |
| 07/07/2025 | Check 1836 | Under Investigation | | $497.87 | |
| 07/08/2025 | Check 1837 | Under Investigation | | $559.06 | |
| 07/11/2025 | Check 1838 | Under Investigation | | $236.11 | |
| 07/18/2025 | Check 1839 | Under Investigation | | $482.95 | |
| 07/25/2025 | Check 1840 | Under Investigation | | $491.73 | |
| 06/23/2025 | City Nc | City Of Lincolnton* | Utilities | $256.40 | |
| 07/22/2025 | City Nc | Utilities | | $148.97 | |
| 09/16/2025 | Client Assisted Trust | Credit Card | Trust CC #6570 Nathan | $127.00 | |
| 07/16/2025 | Client Assisted Trust | Credit Card | Trust CC #6570 Nathan | $142.00 | |
| 08/07/2025 | Daily Breeze Advance | Breeze | MCA Loan | $405.98 | |
| 08/08/2025 | Daily Breeze Advance | Breeze | MCA Loan | $405.98 | |
| 08/11/2025 | Daily Breeze Advance | Breeze | MCA Loan | $405.98 | |
| 09/04/2025 | Daily Cap Fees | Trust | Bank Service Charge | $36.00 | |
| 08/04/2025 | Daily Cap Fees | Trust | Bank Service Charge | $36.00 | |
| 06/11/2025 | Deposit | Daily Sales Deposit | | | $9,152.02 |
| 06/17/2025 | Deposit | Daily Sales Deposit | | | $8,112.26 |
| 06/23/2025 | Deposit | Daily Sales Deposit | | | $1,530.56 |
| 06/25/2025 | Deposit | Daily Sales Deposit | | | $336.32 |
| 07/02/2025 | Deposit | Daily Sales Deposit | | | $2,231.30 |
| 07/07/2025 | Deposit | Daily Sales Deposit | | | $20,601.09 |
| 07/11/2025 | Deposit | Daily Sales Deposit | | | $4,563.63 |

3

| Date | Name | Account | Category | Amount | Amount |
| --- | --- | --- | --- | --- | --- |
| 07/16/2025 | Deposit | Daily Sales Deposit | | | $1,766.93 |
| 07/17/2025 | Deposit | Daily Sales Deposit | | | |
| 07/29/2025 | Deposit | Daily Sales Deposit | | | $2,177.51 |
| 06/16/2025 | Deposit | Daily Sales Deposit | | | $2,744.48 |
| 07/15/2025 | Do It Best | Do It Best | N/P Do It Best | | |
| 06/16/2025 | Do It Best | Do It Best | Do It Best | $3,910.12 | |
| 07/15/2025 | Do It Best | Do It Best | N/P Do It Best | $3,910.12 | |
| 06/11/2025 | Duke Energy | Duke Energy | Utilities:Electric | $2,368.91 | |
| 07/07/2025 | E Disr Internetpayment | Discover - Credit Card | Discover 2150-Nathan | $137.00 | |
| 07/07/2025 | Discover - Credit Card | | | | |
| 07/02/2025 | Eci Ss Us | ECI Solutions | Computer and Software Expenses | $691.36 | |
| 08/04/2025 | Eci Ss Us | ECI Solutions | Computer and Software Expenses | $691.36 | |
| 07/02/2025 | Edi Pymts Wells | Wells Fargo | Floor Plan Payment | $30,729.00 | |
| 06/12/2025 | Edi Pymts Wells | Wells Fargo | Floor Plan Payment | $31,681.00 | |
| 06/30/2025 | Edi Pymts Wells | Wells Fargo | Floor Plan Payment | $26,711.00 | |
| 07/01/2025 | Edi Pymts Wells | Wells Fargo | Floor Plan Payment | $21,425.33 | |
| 06/14/2025 | Fi Dr Cr | Wells Fargo | Floor Plan Payment | $49.73 | |
| 06/16/2025 | Huntington | Huntington/Husqvarna | Floor Plan Payment | $2,504.92 | |
| 06/16/2025 | Huntington | Huntington/Husqvarna | Floor Plan Payment | $22.55 | |
| 07/23/2025 | Huntington | Huntington/Husqvarna | Floor Plan Payment | $81.44 | |
| 06/02/2025 | Huntington | Huntington/Husqvarna | Floor Plan Payment | $2,421.21 | |
| 07/16/2025 | Huntington | Huntington/Husqvarna | Floor Plan Payment | $148.12 | |
| 07/21/2025 | Huntington | Huntington/Husqvarna | Floor Plan Payment | | |
| 08/04/2025 | Huntington | Huntington/Husqvarna | Floor Plan Payment | | |
| 06/17/2025 | Huntington | Huntington/Husqvarna | Floor Plan Payment | | |
| 07/15/2025 | Husqvarna Prof Bean | Husqvarna/Husqvarna | Rebate | | $193.97 |
| 07/17/2025 | Husqvarna Prof Bean | Husqvarna/Husqvarna | Rebate | | $95.98 |
| 06/02/2025 | Husqvarna Prof Bean | Husqvarna/Husqvarna | Rebate | | $250.00 |
| 07/22/2025 | Husqvarna Prof Bean | Husqvarna/Husqvarna | Rebate | | |
| 06/12/2025 | Ins Prem Auto | Auto Owners | Insurance Expense:Auto | | $45.01 |
| 07/14/2025 | Ins Prem Auto | Auto Owners | Insurance Expense:Life Insurance | $2,356.34 | |
| | Ins Prem Auto | Auto Owners | Insurance Expense:Life Insurance | $2,356.34 | |

| Date | Quickbooks Online | Dues & Subscriptions | Amount |
|---|---|---|---|
| 07/01/2025 | Intuit | | |
| 07/31/2025 | Intuit | | |
| 06/06/2025 | Intuit | Quickbooks Online | $115.00 |
| 07/08/2025 | Ipfspmtmdb Ipfs Beanbrol IPFS Corporation Insurance | Insurance Expense:Commerical Package | $697.63 |
| 08/06/2025 | Ipfspmtmdb Ipfs Beanbrol IPFS Corporation Insurance | Insurance Expense:Commerical Package | $697.63 |
| 06/06/2025 | Ipfspmtmdb Ipfs Beanbrol IPFS Corporation Insurance | Insurance Expense:Commerical Package | $697.63 |
| 06/30/2025 | Leasechg Centra Funding Centra Funding LLC | Insurance Expense:Commerical Package | $697.63 |
| 07/02/2025 | Leasechg Centra Funding Centra Funding LLC | N/P Centra Funding- 3 Tex Trail | $1,444.75 |
| 07/28/2025 | Leasechg Centra Funding Centra Funding LLC | N/P Centra Funding 96 Dump Trk - *Totalled | $1,271.32 |
| 08/04/2025 | Leasechg Centra Funding Centra Funding LLC | N/P Centra Funding- 3 Tex Trail | $1,444.75 |
| 05/21/2025 | Mantisfund Bean Brothers Mantis MCA Loan | N/P Centra Funding 96 Dump Trk - *Totalled | $1,271.32 |
| 05/22/2025 | Mantisfund Bean Brothers Mantis MCA Loan | | $599.00 |
| 07/23/2025 | Mantisfund Bean Brothers Mantis MCA Loan | | $599.00 |
| 07/24/2025 | Mantisfund Bean Brothers Mantis MCA Loan | | $599.00 |
| 07/25/2025 | Mantisfund Bean Brothers Mantis MCA Loan | | $599.00 |
| 07/28/2025 | Mantisfund Bean Brothers Mantis MCA Loan | | $599.00 |
| 07/29/2025 | Mantisfund Bean Brothers Mantis MCA Loan | | $599.00 |
| 07/30/2025 | Mantisfund Bean Brothers Mantis MCA Loan | | $599.00 |
| 07/31/2025 | Mantisfund Bean Brothers Mantis MCA Loan | | $599.00 |
| 08/01/2025 | Mantisfund Bean Brothers Mantis MCA Loan | | $599.00 |
| 08/04/2025 | Mantisfund Bean Brothers Mantis MCA Loan | | $599.00 |
| 08/05/2025 | Mantisfund Bean Brothers Mantis MCA Loan | | $599.00 |
| 08/06/2025 | Mantisfund Bean Brothers Mantis MCA Loan | | $599.00 |
| 08/07/2025 | Mantisfund Bean Brothers Mantis MCA Loan | | $599.00 |
| 08/08/2025 | Mantisfund Bean Brothers Mantis MCA Loan | | $599.00 |
| 08/11/2025 | Mantisfund Bean Brothers Mantis MCA Loan | | $599.00 |

| Date | Type | Payee / Description | Account | Amount |
| --- | --- | --- | --- | --- |
| 07/02/2025 | Merch Fees Bankcard | Merchant Fees | Bank Service Charge | $1,782.87 |
| 08/04/2025 | Merch Fees Bankcard | Merchant Fees | Bank Service Charge | $1,011.39 |
| 06/23/2025 | Mobile Truist Online | | Bank Service Charge — Truist Savings #7948 | $3,000.00 |
| 07/09/2025 | Mobile Truist Online | Bean Brothers Landscaping | Truist Savings #7948 | $500.00 |
| 07/17/2025 | Mobile Truist Online | Bean Brothers Real Estate LLC | | $13,082.00 |
| 07/01/2025 | Mobile Truist Online | Bean Brothers Real Estate LLC | | $5,700.00 |
| 06/18/2025 | Mobile Truist Online | Bean Brothers Hardware | Truist Savings #7948 | $5,000.00 |
| 07/30/2025 | Mobile Truist Online | Bean Brothers Real Estate LLC | | $1,000.00 |
| 07/29/2025 | Mobile Truist Online | Bean Brothers Real Estate LLC | | $2,200.00 |
| 07/01/2025 | Mobile Truist Online | Bean Brothers Real Estate LLC | | $1,000.00 |
| 06/05/2025 | Mobile Truist Online | Bean Brothers Real Estate LLC | | $1,000.00 |
| 06/06/2025 | Mobile Truist Online | Bean Brothers Real Estate LLC | | $10,000.00 |
| 06/06/2025 | Mobile Truist Online | Bean Brothers Real Estate LLC | | $2,500.00 |
| 06/13/2025 | Online | Under Investigation | | $250.00 |
| 06/25/2025 | Online | Under Investigation | | $250.00 |
| 07/18/2025 | Online | Under Investigation | | $250.00 |
| 06/07/2025 | Online | Under Investigation | | $250.00 |
| 06/30/2025 | Online | Under Investigation | | $250.00 |
| 07/25/2025 | Online | Under Investigation | | $250.00 |
| 07/18/2025 | Online | Under Investigation | | $250.00 |
| 07/18/2025 | Online | Under Investigation | | $250.00 |
| 07/25/2025 | Online | Under Investigation | | $250.00 |
| 08/11/2025 | Online | Under Investigation | | $250.00 |
| 07/10/2025 | Online | Under Investigation | | $250.00 |
| 08/11/2025 | Online | Bean Brothers Landscaping | Transfer | $3,000.00 |
| 07/18/2025 | Online | Bean Brothers Hardware | Truist Savings #7948 | $14,535.32 |
| 06/11/2025 | Online | Bean Brothers Hardware | Truist Savings #7948 | $6,400.00 |
| 06/25/2025 | Online | Bean Brothers Hardware | Truist Savings #7948 | $4,900.00 |

6

| Date | Type | Payee | Category | Amount |
|---|---|---|---|---|
| 07/09/2025 | Online | Bean Brothers Hardware | Truist Savings #7948 | $5,620.00 |
| 07/16/2025 | Online | Bean Brothers Hardware | Truist Savings #7948 | $5,775.00 |
| 07/23/2025 | Online | Bean Brothers Hardware | Truist Savings #7948 | |
| 07/10/2025 | Online Truist | Bean Brothers Hardware | Truist Savings #7948 | $5,500.00 |
| 07/03/2025 | Overdraft Fee | Truist Bank | Truist Savings #7948 | $3,000.00 |
| 08/04/2025 | Overdraft Fee | Truist Bank | Bank Service Charge | $36.00 |
| 08/04/2025 | Overdraft Fee | Truist Bank | Bank Service Charge | $36.00 |
| 08/06/2025 | Overdraft Fee | Truist Bank | Bank Service Charge | $36.00 |
| 08/04/2025 | Overdraft Fee | Truist Bank | Bank Service Charge | $36.00 |
| 08/07/2025 | Overdraft Fee | Truist Bank | Bank Service Charge | $36.00 |
| 08/07/2025 | Overdraft Fee | Truist Bank | Bank Service Charge | $36.00 |
| 08/07/2025 | Overdraft Fee | Truist Bank | Bank Service Charge | $36.00 |
| 08/11/2025 | Overdraft Fee | Truist Bank | Bank Service Charge | $36.00 |
| 07/12/2025 | Pathway Funding Beanbrot | Pathway Funding | MCA | $2,612.32 |
| 06/20/2025 | Pathway Funding Beanbrot | Pathway Funding | MCA | $2,248.50 |
| 06/20/2025 | Pathway Funding Beanbrot | Pathway Funding | MCA | $2,248.50 |
| 07/26/2025 | Pathway Funding Beanbre | Pathway Funding | MCA | |
| 07/11/2025 | Represented Item | Trust | Bank Service Charge | $36.00 |
| 07/07/2025 | Retry Bankcard Bean | Trust | N/P Centra Funding 96 Dump Trk - "Totalled" | $36.00 |
| 07/11/2025 | Rocketcapitalny Beanbrot | Rocket Capital MCA | MCA | $3,067.00 |
| 07/07/2025 | Rocketcapitalny Beanbrot | Rocket Capital MCA | MCA | $3,067.00 |
| 07/25/2025 | Rocketcapitaliy Beanbrot | Rocket Capital MCA | MCA | $2,000.00 |
| 07/18/2025 | Rocketcapitalny Beanbrot | Rocket Capital MCA | MCA | $2,000.00 |
| 07/11/2025 | Rocketcapitaliy Beanbrot | Rocket Capital MCA | MCA | |
| 06/20/2025 | Rocketcapitalny Beanbrot | Rocket Capital MCA | MCA | |
| 06/20/2025 | Rocketcapitalny | Rocket Capital MCA | MCA | |
| 07/25/2025 | Rocketcapitaliy | Rocket Capital MCA | MCA | |
| 07/21/2025 | Transamerica | Transamerica Insurance | Insurance Expense:Life Insurance | $172.00 |
| 07/21/2025 | Transamerica | Transamerica Insurance | Insurance Expense:Life Insurance | $172.00 |
| 06/20/2025 | Transamerica | Transamerica Insurance | Insurance Expense:Life Insurance | $33.15 |
| 07/21/2025 | Transamerica | Transamerica Insurance | Insurance Expense:Life Insurance | $33.15 |

| Date | Description | Payee | Type | Amount | Total |
|---|---|---|---|---|---|
| 06/09/2025 | Weekly Breeze Advance | Breeze Advance LLC | MCA | $4,059.80 | |
| 06/16/2025 | Weekly Breeze Advance | Breeze Advance LLC | MCA | $4,059.80 | |
| 06/23/2025 | Weekly Breeze Advance | Breeze Advance LLC | MCA | $4,059.80 | |
| 06/30/2025 | Weekly Breeze Advance | Breeze Advance LLC | MCA | $4,059.80 | |
| 07/07/2025 | Weekly Breeze Advance | Breeze Advance LLC | MCA | $4,059.80 | |
| 07/14/2025 | Weekly Breeze Advance | Breeze Advance LLC | MCA | $4,059.80 | |
| 07/21/2025 | Weekly Breeze Advance | Breeze Advance LLC | MCA | $4,059.80 | |
| 07/28/2025 | Weekly Breeze Advance | Breeze Advance LLC | MCA | $4,059.80 | |
| 06/06/2025 | Weekly Breeze Advance | Breeze Advance LLC | MCA | $4,059.80 | |
| 06/06/2025 | Breeze Advance LLC | | MCA | $4,785.00 | |
| 06/16/2025 | Wells Fargo | Wells Fargo | Floor Plan Payment | $9,902.00 | |
| 06/16/2025 | Wells Fargo | Wells Fargo | Floor Plan Payment | $62.81 | |
| 07/01/2025 | Wells Fargo | Wells Fargo | Floor Plan Payment | $160.41 | |
| 07/01/2025 | Wells Fargo | Wells Fargo | Floor Plan Payment | $5,903.00 | |
| 07/01/2025 | Wells Fargo | Wells Fargo | Floor Plan Payment | $14,071.00 | |
| 07/01/2025 | Wells Fargo | Wells Fargo | Floor Plan Payment | $1,069.05 | |
| 06/10/2025 | Wells Fargo | Wells Fargo | Floor Plan Payment | $7,893.00 | |
| 06/15/2025 | Wells Fargo | Wells Fargo | Floor Plan Payment | $60.61 | |
| 07/15/2025 | Wells Fargo | Wells Fargo | Floor Plan Payment | $128.17 | |
| 07/23/2025 | Wells Fargo | Wells Fargo | Floor Plan Payment | $8,018.00 | |
| 06/27/2025 | Wire Ref Incoming | Under Investigation | MCA Loan Wire | | $42,750.00 |
| 07/18/2025 | Wire Ref Incoming | Under Investigation | MCA Loan Wire | | $47,500.00 |

**HARDWARE - SOFA Questions #4 and #30**

| | | | |
|---|---|---|---|
| 9/6/2024 | Nathan Bean | Gross Pay $800 | Salary |
| 9/13/2024 | Nathan Bean | Gross Pay $800 | Salary |
| 9/20/2024 | Nathan Bean | Gross Pay $800 | Salary |
| 9/27/2024 | Nathan Bean | Gross Pay $800 | Salary |
| 10/4/2024 | Nathan Bean | Gross Pay $800 | Salary |
| 10/11/2024 | Nathan Bean | Gross Pay $800 | Salary |
| 10/18/2024 | Nathan Bean | Gross Pay $800 | Salary |
| 10/25/2024 | Nathan Bean | Gross Pay $800 | Salary |
| 11/1/2024 | Nathan Bean | Gross Pay $800 | Salary |
| 11/8/2024 | Nathan Bean | Gross Pay $800 | Salary |
| 11/15/2024 | Nathan Bean | Gross Pay $800 | Salary |
| 11/22/2024 | Nathan Bean | Gross Pay $800 | Salary |
| 11/29/2024 | Nathan Bean | Gross Pay $800 | Salary |
| 12/6/2024 | Nathan Bean | Gross Pay $800 | Salary |
| 12/13/2024 | Nathan Bean | Gross Pay $800 | Salary |
| 12/20/2024 | Nathan Bean | Gross Pay $800 | Salary |
| 12/27/2024 | Nathan Bean | Gross Pay $800 | Salary |
| 1/3/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 1/10/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 1/24/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 1/31/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 2/14/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 2/21/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 2/28/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 3/7/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 3/14/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 3/21/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 3/28/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 4/4/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 4/11/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 4/18/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 4/25/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 5/2/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 5/9/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 5/16/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 5/23/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 5/30/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 6/6/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 6/13/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 6/20/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 7/1/2025 | Nathan Bean | Gross Pay $1200.00 | Salary |

| Date | Name | Gross Pay | Type |
|---|---|---|---|
| 7/3/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 7/11/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 7/18/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 7/25/2025 | Nathan Bean | Gross Pay $800 | Salary |
| 8/15/2025 | Nathan Bean | Gross Pay $1500.00 | Salary |
| 8/25/2025 | Nathan Bean | Gross Pay $1750.00 | Salary |
| 8/29/2025 | Nathan Bean | Gross Pay $1300.00 | Salary |
| 9/5/2025 | Nathan Bean | Gross Pay $1500.00 | Salary |
| 9/6/2024 | Melissa Venable | Gross Pay $750.00 | Salary |
| 9/13/2024 | Melissa Venable | Gross Pay $750.00 | Salary |
| 9/20/2024 | Melissa Venable | Gross Pay $750.00 | Salary |
| 9/27/2024 | Melissa Venable | Gross Pay $750.00 | Salary |
| 10/4/2024 | Melissa Venable | Gross Pay $750.00 | Salary |
| 10/11/2024 | Melissa Venable | Gross Pay $750.00 | Salary |
| 10/18/2024 | Melissa Venable | Gross Pay $750.00 | Salary |
| 10/25/2024 | Melissa Venable | Gross Pay $750.00 | Salary |
| 11/1/2024 | Melissa Venable | Gross Pay $750.00 | Salary |
| 11/8/2024 | Melissa Venable | Gross Pay $750.00 | Salary |
| 11/15/2024 | Melissa Venable | Gross Pay $750.00 | Salary |
| 11/22/2024 | Melissa Venable | Gross Pay $750.00 | Salary |
| 11/29/2024 | Melissa Venable | Gross Pay $750.00 | Salary |
| 12/6/2024 | Melissa Venable | Gross Pay $750.00 | Salary |
| 12/13/2024 | Melissa Venable | Gross Pay $750.00 | Salary |
| 12/20/2024 | Melissa Venable | Gross Pay $750.00 | Salary |
| 12/27/2024 | Melissa Venable | Gross Pay $750.00 | Salary |
| 1/3/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 1/10/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 1/17/2025 | Melissa Venable | Gross Pay 281.25 | Salary |
| 1/24/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 1/31/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 2/7/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 2/14/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 2/21/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 2/28/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 3/7/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 3/14/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 3/21/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 3/28/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 4/4/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 4/11/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 4/18/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 4/25/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 5/2/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 5/9/2025 | Melissa Venable | Gross Pay $750.00 | Salary |

| Date | Name | Gross Pay | Type |
|---|---|---|---|
| 5/16/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 5/23/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 5/30/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 6/6/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 6/13/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 6/20/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 7/1/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 7/3/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 7/11/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 7/18/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 7/25/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 8/1/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 8/8/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 8/15/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 8/25/2025 | Melissa Venable | Gross Pay $900.00 | Salary |
| 8/29/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 9/5/2025 | Melissa Venable | Gross Pay $750.00 | Salary |
| 9/6/2024 | Scott Venable | Gross Pay $1200.00 | Salary |
| 9/13/2024 | Scott Venable | Gross Pay $1200.00 | Salary |
| 9/20/2024 | Scott Venable | Gross Pay $1200.00 | Salary |
| 9/27/2024 | Scott Venable | Gross Pay $1200.00 | Salary |
| 10/4/2024 | Scott Venable | Gross Pay $1200.00 | Salary |
| 10/11/2024 | Scott Venable | Gross Pay $1200.00 | Salary |
| 10/18/2024 | Scott Venable | Gross Pay $1200.00 | Salary |
| 10/25/2024 | Scott Venable | Gross Pay $1200.00 | Salary |
| 11/1/2024 | Scott Venable | Gross Pay $1200.00 | Salary |
| 11/8/2024 | Scott Venable | Gross Pay $1200.00 | Salary |
| 11/15/2024 | Scott Venable | Gross Pay $1200.00 | Salary |
| 11/22/2024 | Scott Venable | Gross Pay $1200.00 | Salary |
| 11/29/2024 | Scott Venable | Gross Pay $1200.00 | Salary |
| 12/6/2024 | Scott Venable | Gross Pay $1200.00 | Salary |
| 12/13/2024 | Scott Venable | Gross Pay $1200.00 | Salary |
| 12/20/2024 | Scott Venable | Gross Pay $1200.00 | Salary |
| 12/27/2024 | Scott Venable | Gross Pay $1200.00 | Salary |
| 1/3/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 1/10/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 1/17/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 1/24/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 1/31/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 2/7/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 2/14/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 2/21/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 2/28/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 3/7/2025 | Scott Venable | Gross Pay $1200.00 | Salary |

| | | | |
|---|---|---|---|
| 3/14/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 3/21/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 3/28/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 4/4/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 4/11/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 4/18/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 4/25/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 5/2/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 5/9/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 5/16/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 5/23/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 5/30/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 6/6/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 6/13/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 6/20/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 7/1/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 7/3/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 7/11/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 7/18/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 7/25/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 8/1/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 8/8/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 8/15/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 8/25/2025 | Scott Venable | Gross Pay $1500.00 | Salary |
| 8/29/2025 | Scott Venable | Gross Pay $1200.00 | Salary |
| 9/5/2025 | Scott Venable | Gross Pay $1200.00 | Salary |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of North Carolina

In re  Bean Brothers Hardware & Supply, LLC _____ Case No. ___25-40202___

_____ Debtor(s)       Chapter ___11___

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | Fees & Expenses |
| Prior to the filing of this statement I have received | $ | $5,000.00 |
| Balance Due | $ | Pending Fee Application |

2.  The source of the compensation paid to me was:

☒ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Oct. 3 2025
_____
Date

/s/ John C. Woodman
John C. Woodman
*Signature of Attorney*
ESSEX RICHARDS PA
1701 South Boulevard
Charlotte, NC 28203
(704) -37-7-43x00   Fax: (704) -37-2-13x57
jwoodman@essexrichards.com
*Name of law firm*